**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

S.J. AMOROSO CONSTRUCTION CO., INC.,      No. C 06-2572 SBA

    Plaintiff,                                    **FINAL JUDGMENT**

  v.

EXECUTIVE RISK INDEMNITY INC., *et al.*,

    Defendants.

---

In accordance with the Court's Order on the defendants' Motion for Summary Judgment, judgment is granted in favor of the defendants on the claims brought by plaintiff S.J. Amoroso Construction Co., Inc. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

October 30, 2007                                             _____
                                                        Saundra Brown Armstrong
                                                        United States District Judge