UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| S.J. AMOROSO CONSTRUCTION COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EXECUTIVE RISK INDEMNITY, INC., a Delaware Corporation,<br><br>Defendant. | Case No: C 06-2572 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting In Part and Denying In Part Plaintiff and Defendant's Cross-Motions for Summary Judgment,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

Dated: December 11, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge