**MUSICK, PEELER & GARRETT** LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7618
FACSIMILE 213-624-1376

Gilbert D. Jensen (State Bar No. 061620)
g.jensen@mpglaw.com
Jennifer M. Kokes (State Bar No. 210261)
j.kokes@mpglaw.com

Attorneys for Defendant
Executive Risk Indemnity Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. J. AMOROSO CONSTRUCTION COMPANY, INC., a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>EXECUTIVE RISK INDEMNITY INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C 06-02572 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF MANDATORY SETTLEMENT CONFERENCE**<br><br>Currently Set:  March 19, 2010<br>                      9:00 a.m.<br><br>**Proposed Date: May 21, 2010<br>                       9:00 a.m.** |

This Stipulation is entered into between S.J. Amoroso Construction Company, Inc. ("SJA") and Executive Risk Indemnity Inc. ("ERII"), by and through their counsel of record.

WHEREAS, by order dated February 10, 2010, Judge Armstrong referred this case to Magistrate Judge Zimmerman for a Mandatory Settlement Conference;

WHEREAS, by order dated February 17, 2020, Magistrate Judge Zimmerman set the Mandatory Settlement Conference for March 19, 2010 at 9:00 a.m.;

| | |
|---|---|
| 1 | WHEREAS, the representative from ERII with authority to negotiate a |
| 2 | settlement is not available on March 19, 2010; |
| 3 | WHEREAS, counsel for ERII contacted Magistrate Judge |
| 4 | Zimmerman's clerk and was provided with Magistrate Judge Zimmerman's |
| 5 | availability for an alternative date for the Mandatory Settlement Conference; |
| 6 | WHEREAS, counsel have met and conferred concerning a mutually |
| 7 | agreeable alternative date for the Mandatory Settlement Conference and, of the dates |
| 8 | provided, both parties are available on May 21, 2010; |
| 9 | WHEREFORE, the parties hereby stipulate and agree, subject to the |
| 10 | Court's approval, that the Mandatory Settlement Conference currently set for March |
| 11 | 19, 2010 be continued until **May 21, 2010 at 9:00 a.m.** in Courtroom G, 15th Floor, |
| 12 | Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. |

DATED: February 26, 2010           MUSICK, PEELER & GARRETT LLP

By: /s/ Jennifer M. Kokes
Jennifer M. Kokes
Attorneys for Defendant
Executive Risk Indemnity Inc.

DATED: February 26, 2010           BELL, ROSENBERG & HUGHES LLP

By: /s/ Randall O. Parent
Randall O. Parent
Attorneys for Plaintiff S.J. Amoroso
Construction Company, Inc.

**IT IS SO ORDERED.**

DATED: March 1, 2010

Bernard Zimmerman
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
679153.1
2
C 06-02572 SBA
STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DATE OF MANDATORY SETTLEMENT CONFERENCE